UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGHANNE RIISE,<br><br>    Plaintiff,<br><br>v.<br><br>NAVAGIS INTERNATIONAL LLC,<br><br>    Defendant. | Case No. 4:19-cv-03097-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 40 DAYS**<br><br>Re: Dkt. No. 14 |

On August 30, 2019, Plaintiff filed a notice of settlement. Accordingly, as requested, Plaintiff shall file a dismissal within 40 days of this order, absent any extension ordered by the Court. The October 22, 2019 case management conference remains on calendar.

IT IS SO ORDERED.

Dated: September 3, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge